| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>MOSS, RANDOLPH D. | 2. Court or Organization<br><br>U.S DISTRICT COURT, DISTRICT OF COLUMBIA | 3. Date of Report<br><br>10/21/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE<br>333 CONSTITUTION AVENUE, NORTHWEST<br>WASHINGTON, D.C. 20001 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST (HOLDING THREE PARCELS OF REAL PROPERTY) |
| 2. | LIMITED PARTNER | SC FUNDAMENTAL PARTNERSHIP |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MOSS, RANDOLPH D.** | 10/21/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 1/1-3/1/15 | RENTAL INCOME - WASHINGTON DC 20010 | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | DEBBIE GOLDBERG & SETH WAXMAN | APPROXIMATE VALUE OF VISIT TO RENTAL PROPERTY IN MARTHA'S VINEYARD | $3,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CHASE | CREDIT CARD OUTSTANDING BALANCE AS OF 12/31/2015 | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 10/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY JOINT BROKERAGE ACCT. #1 | | | | | | | | | |
| 2. FIDELITY MUNICIPAL MONEY MARKET | A | Interest | P1 | T | | | | | |
| 3. VANGUARD LIMITED TERM TAX EXEMPT FUND | A | Dividend | K | T | | | | | |
| 4. VANGUARD INTERMEDIATE TERM TAX EXEMPT FUND | D | Dividend | N | T | Buy (add'l) | 10/30/15 | M | | |
| 5. EXXON MOBIL CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 6. IBM COMMON STOCK | A | Dividend | K | T | | | | | |
| 7. BARON GROWTH FUND | E | Dividend | N | T | Buy (add'l) | 01/30/15 | L | | |
| 8. BBH CORE SELECT FUND | D | Dividend | L | T | | | | | |
| 9. FIDELITY CONTRAFUND | D | Dividend | N | T | | | | | |
| 10. FIDELITY LOW PRICED STOCK FUND | D | Dividend | N | T | Buy (add'l) | 01/30/15 | L | | |
| 11. FIDELITY LOW PRICED STOCK FUND | | | | | Sold (part) | 09/08/15 | J | | |
| 12. FIDELITY SPARTAN TOTAL MARKET INDEX | D | Dividend | O | T | Buy (add'l) | 04/30/15 | M | | |
| 13. ROYCE TOTAL RETURN FUND | B | Dividend | | T | Sold | 11/16/15 | M | | |
| 14. SPDR S&P 400 ETF | C | Dividend | N | T | | | | | |
| 15. SPDR TR UNIT SER 1 ETF | B | Dividend | M | T | | | | | |
| 16. TWEEDY BROWNE GLOBAL VALUE | D | Dividend | N | T | Buy (add'l) | 01/30/15 | L | | |
| 17. VANGUARD 500 INDEX FUND | C | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 10/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BLACKROCK GLOBAL ALLOCATION FUND | B | Dividend | | T | Sold | 10/30/15 | M | D | |
| 19. IVY ASSET STRATEGY FUND | | None | | T | Sold | 01/30/15 | M | C | |
| 20. DEUTSCHE INTERMEDIATE TAX AMT FREE FUND | D | Dividend | N | T | Buy (add'l) | 04/30/15 | M | | |
| 21. BLACKROCK MUNICIPAL STRATEGIC OPPURTUNITIES FUND | E | Dividend | O | T | Buy (add'l) | 01/30/15 | M | | |
| 22. SPARTAN US EQUITY INDEX | D | Dividend | N | T | | | | | |
| 23. FIDELITY IRA ROLLOVER - #1 | | | | T | | | | | |
| 24. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 25. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | J | T | | | | | |
| 26. SPARTAN US EQUITY INDEX | A | Dividend | J | T | | | | | |
| 27. FIDELITY IRA ROLLOVER #2 | | | | T | | | | | |
| 28. FIDELITY CASH RESERVES | A | Interest | M | T | | | | | |
| 29. BBH CORE SELECT FUND | A | Dividend | L | T | Buy (add'l) | 06/22/15 | L | | |
| 30. FIDELITY CONTRAFUND | A | Dividend | L | T | Buy (add'l) | 06/22/15 | L | | |
| 31. SPARTAN US EQUITY INDEX FUND | C | Dividend | M | T | Buy (add'l) | 06/22/15 | M | | |
| 32. SPDR S&P MIDCAP 400 | A | Dividend | L | T | Buy (add'l) | 06/22/15 | L | | |
| 33. BLACKROCK GLOBAL ALLOCATION FUND | B | Dividend | M | T | Buy (add'l) | 10/30/15 | M | | |
| 34. WILMERHALE 401(K) PLAN (TD AMERITRADE/NY LIFE CUSTODIANS) | | | | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 10/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CASH - TD AMERITRADE MONEY MARKET CLASS-A | A | Interest | N | T | | | | | |
| 36. PIMCO TOTAL RETURN FUND | | None | J | T | Sold | 01/15/15 | J | | |
| 37. BBH CORE SELECT FUND | E | Dividend | M | T | | | | | |
| 38. BLACKROCK EQUITY INDEX NONLENDABLE FUND | | None | J | T | Buy | 09/24/15 | J | | |
| 39. BLACKROCK EQUITY DIVIDEND FUND | D | Dividend | L | T | | | | | |
| 40. BLACKROCK GLOBAL ALLOCATION FUND | E | Dividend | M | T | | | | | |
| 41. FIDELITY CONTRAFUND | C | Dividend | L | T | | | | | |
| 42. FIDELITY LOW PRICED STOCK FUND | B | Dividend | K | T | | | | | |
| 43. SPDR S&P MIDCAP 400 ETF | A | Dividend | K | T | | | | | |
| 44. TWEEDY BROWNE GLOBAL VALUE FUND | C | Dividend | L | T | | | | | |
| 45. IVY ASSET STRATEGY FUND | D | Dividend | M | T | | | | | |
| 46. IVY INTERNATIONAL CORE EQUITY FUND | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 47. ACADIAN EMERGING MARKETS FUND | A | Dividend | J | T | | | | | |
| 48. ABERDEEN EMERGING MARKETS FUND | A | Dividend | J | T | | | | | |
| 49. ALLIANZ GI MICRO CAP FUND | A | Dividend | J | T | | | | | |
| 50. LOOMIS SAYLES GROWTH FUND | A | Dividend | J | T | Buy (add'l) | 09/24/15 | J | | |
| 51. AMANA GROWTH FUND | | None | | T | Sold | 09/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 10/21/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMERICAN CENTURY MID CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 53. RS GLOBAL NATURAL RESOURCES FUND | | None | J | T | | | | | |
| 54. ARTISAN MIDCAP FUND | B | Dividend | J | T | | | | | |
| 55. FRANKLIN TEMPLETON EMERGING MARKETS DEBT OPPORTUNITIES FUND | A | Dividend | J | T | | | | | |
| 56. LOOMIS SAYLES GLOBAL BOND FUND | | None | J | T | | | | | |
| 57. DODGE AND COX INCOME FUND | B | Dividend | J | T | Buy | 01/15/15 | J | | |
| 58. HANCOCK HORIZON DIVERSIFIED INTERNATIONAL FUND | | None | | T | Sold | 09/24/15 | J | | |
| 59. MFS VALUE FUND | A | Dividend | J | T | | | | | |
| 60. OPPENHEIMER GLOBAL VALUE FUND | A | Dividend | J | T | | | | | |
| 61. VANGUARD INSTITUTIONAL INDEX FUND | A | Dividend | | T | Sold | 09/24/15 | J | | |
| 62. IBM COMMON STOCK | A | Dividend | J | T | | | | | |
| 63. CHEVRON COMMON STOCK | A | Dividend | J | T | | | | | |
| 64. UTAH EDUCATIONAL SAVINGS PLAN #1 | | | | | | | | | |
| 65. VANGUARD SHORT TERM INVESTMENT GRADE FUND | A | Dividend | J | T | | | | | |
| 66. VANGUARD SHORT TERM BOND INDEX FUND | A | Dividend | J | T | | | | | |
| 67. FDIC INSURED SAVINGS ACCOUNT | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 10/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. UTAH EDUCATIONAL SAVINGS PLAN #2 | | | | | | | | | |
| 69. VANGUARD SHORT TERM INVESTMENT GRADE FUND | A | Dividend | J | T | | | | | |
| 70. VANGUARD SHORT TERM BOND INDEX FUND | A | Dividend | J | T | | | | | |
| 71. FDIC INSURED SAVINGS ACCOUNT | A | Dividend | M | T | | | | | |
| 72. CAPITAL ONE 360 CASH ACCOUNTS | B | Interest | | | Closed | 09/03/15 | M | | |
| 73. FIRST NATIONAL BANK SAVINGS ACCOUNT | A | Interest | M | T | | | | | |
| 74. SCHWAB MONEY MARKET ACCOUNTS | A | Interest | K | T | | | | | |
| 75. COLLEGE SAVINGS PLAN OF MARYLAND #1 - PORTFOLIO FOR COLLEGE | | | K | T | | | | | |
| 76. COLLEGE SAVINGS PLAN OF MARYLAND #2 - PORTFOLIO FOR COLLEGE | | | K | T | | | | | |
| 77. TRUSTEE FOR TRUST (REAL PROPERTY #1 ALEXANDRIA, VA) | E | Rent | N | W | | | | | |
| 78. TRUSTEE FOR TRUST (REAL PROPERTY #2 ALEXANDRIA, VA) | E | Rent | N | W | | | | | |
| 79. TRUSTEE FOR TRUST (REAL PROPERTY #3 HERNDON, VA) | D | Rent | M | W | | | | | |
| 80. CITIBANK CASH ACCOUNTS | A | Interest | O | T | | | | | |
| 81. SC FUNDAMENTAL PARTNERSHIP | D | Int./Div. | K | U | Redeemed (part) | 12/31/15 | N | F | |
| 82. DREYFUS ACCOUNT | A | Interest | L | T | Distributed | 06/08/15 | L | | |
| 83. NEWMONT MINING CORPORATION COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 10/21/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. SOURCE CAPITAL INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 85. BMO CASH ACCOUNT | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 10/21/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ RANDOLPH D. MOSS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544